IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE FRANCISCO MAY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:12cv581 |
| | § | Judge Clark/Judge Mazzant |
| OCWEN LOAN SERVICING, LLC, | § | |
| WELLS FARGO BANK, N.A., | § | |
| Successor by merger to Wells Fargo | § | |
| Bank Minnesota, N.A., as Trustee fka | § | |
| Norwest Bank Minnesota, N.A., as | § | |
| Trustee for the Registered Holders of | § | |
| Structured Asset Securities | § | |
| Corporation First Franklin Mortgage | § | |
| Loan Trust, Mortgage Pass-Through | § | |
| Certificates, Series 2003-FF3, and | § | |
| UNKNOWN PARTIES, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 20, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendants' Motion to Dismiss [Doc. 7] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

It is, therefore, **ORDERED** that defendants' Motion to Dismiss [Doc. 7] is **DENIED.**

So **ORDERED** and **SIGNED** on December  20  , 2012.

_____
Ron Clark
United States District Judge